COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-15-00520-CR |
| Style: | Calvin Balanda Remo |
| | **v**. The State of Texas |
| Date motion filed: | June 9, 2016 |
| Type of motion: | Third & Final Motion for Extension of Time to File Brief |
| Party filing motion: | State |
| Document to be filed: | State's Brief |

Is appeal accelerated?     No

If motion to extend time:

| | |
|---|---|
| Original due date: | February 25, 2016 |
| Number of previous extensions granted: | 2     Current Due date:  June 9, 2016 |
| Date Requested: | June 30, 2016 |

Ordered that motion is:

☑ **Granted**

If document is to be filed, document due:  **June 30, 2016**

☑ **The Court will not grant additional motions to extend time.**

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

The State's brief was initially due on February 25, 2016. On March 1, the State filed its first motion for an extension. The Court granted the motion and the State's brief was due to be filed on April 25. On May 10, the State filed a second motion for extension, and we extended the time to file the State's brief to June 9, with no further extensions absent exceptional circumstances. The State has filed a third motion for extension, requesting an extension to June 30. **The motion is granted. The State's brief is due to be filed no later than JUNE 30, 2016. No additional extensions will be granted.**

Judge's signature:   /s/ Terry Jennings
      ☑ Acting individually     ☐ Acting for the Court

Date:  June 21, 2016